UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Alexander Otis Matthews</u>

       v.                                     Civil No. 15-cv-180-PB

<u>R. Bilodeau, et al</u>


<u>O R D E R</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 30, 2015.  The complaint is hereby dismissed for the reasons stated in the Report and Recommendation.  The Clerk is directed to enter judgment and close the case.


    SO ORDERED.

                                        /s/ Paul Barbadoro_____
                                        Paul Barbadoro
                                        United States District Judge


Date: December 10, 2015

cc:   Alexander Otis Matthews, pro se